■ CHRISTOPHER F. HEENEY, Respondent, v. DAN TOPPING et al., Copartners Doing Business as NEW YORK YANKEES et al., Appellants.— Judgment in favor of plaintiff for $48,224.33 reversed, on the law and on the facts, with costs to defendants-appellants, the verdict vacated, and the complaint dismissed. In this personal injury negligence action plaintiff failed to establish actionable negligence. The protruding repair of a concrete fissure, about an inch high, consisting of an asphalt-like material, otherwise smooth, did not create a foreseeable hazard to users of the baseball stadium (*Dowd* v. *City of Buffalo*, 290

N. Y. 895; *Clemmons* v. *Commiskey*, 2 N Y 2d 958, affg. 1 A D 2d 933, 1 A D 2d 934). On this view, plaintiff failed to establish a prima facie case. In any event, were it necessary to reach the question, the verdict in favor of plaintiff was against the weight of the credible evidence, and a new trial on that ground would have been required (*Brannigan* v. *City of Plattsburgh*, 3 A D 2d 637, a case involving a defect more grave than here involved; *Liebl* v. *Metropolitan Jockey Club*, 10 A D 2d 1006). Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.